**No. 44062.**—Protest 25190–K of N. Y. Mdse. Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the curling irons in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.